MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

D. Marie Banks

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

36th District Court
Dykema Gossett PLLC and its agents
Laura Baucus and Joseph H, Hickey
Demetria Brue
Lawanda Crosby
City of Detroit
Harold Jackson Jr

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: **2:26-cv-12594**
Assigned To : **Berg, Terrence G.**
Referral Judge: **Altman, Kimberly G.**
Assign. Date : **7/28/2026**
Description: **CMP BANKS V. 36TH DISTRICT COURT ET AL (TM)**

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | D Marie Banks |
| Street Address | 16781 Huntington |
| City and County | Detroit |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | doshia555@hotmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331, 1343 and 42U.S.C. § 1983

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. Or is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

100,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

attached

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

attached

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 28 _____, 20 26 ___.

Signature of Plaintiff _____

Printed Name of Plaintiff     D Marie Banks

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

**Section B: Defendants**

1. 36th District Court

Corporation

Service Address:

421 Madison Avenue,

Detroit, MI 48226

County: Wayne County

2. Dykema Gossett PLLC

Corporation

Service Address:

777 Woodward Avenue, Suite 400

Detroit, MI 48226

County: Wayne County

3. Laura Baucus and Joseph H. Hickey
Individuals

Service Address:

Dykema Gossett PLLC

777 Woodward Avenue, Suite 400

Detroit, MI 48226

County: Wayne County

4. Demetria Brue

Individual

Service Address:

36th District Court

421 Madison Avenue

Detroit, MI 48226

County: Wayne County

5. Lawanda Crosby

   Individual

Service Address:

36th District Court

421 Madison Avenue

Detroit, MI 48226

County: Wayne County

6. City of Detroit
Corporation

Service Address:

CAYMC

2 Woodward Avenue

Detroit, MI 48226

County: Wayne County

7. Harold Jackson Jr.

Individual

Service Address: 16781 Huntington Rd

Detroit, MI 48219

County: Wayne

8. Does 1-10

Service Address:

Unknown at this time.

Will be amended when identities become known.

County: Unknown.

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
D. Marie Banks

## DEFENDANTS
36th District Court, et al.

**(b)** County of Residence of First Listed Plaintiff   Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Persona

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [x] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 2   U.S. Government Defendant
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[x] 151 Medicare Act<br>[x] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[x] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV |
| **REAL PROPERTY** | **LABOR** | | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from Another District *(specify)*
- [ ] 6   Multidistrict Litigation - Transfer
- [ ] 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
"18 U.S.C. §1962 (RICO); 42 U.S.C. §1983; Constitutional Due Process and Equal Protection Violations."

Brief description of cause:
see attached

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
July 28, 2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?  ☐ Yes  ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ■ Yes  ☐ No

If yes, give the following information:

Court: 36th District Court _____

Case No.: 21-356348LT _____

Judge: Demetria Brue _____


Notes :

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

D. Marie Banks,                                        Case No.: 26-cv-

Plaintiff,                                             Hon.

v.

36th District Court
Dykema Gossett PLLC and its agents
Laura Baucus and Joseph H, Hickey
Demetria Brue
Lawanda Crosby
City of Detroit
Harold Jackson Jr,
John and Jane Doe's 1-10

Defendants.

**Demand for a Settlement Conference**

VERIFIED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF,

DAMAGES, FRAUDULENT CONCEALMENT, DUE PROCESS VIOLATIONS UNDER 42

U.S.C. § 1983, RICO, AND STATEMENT OF CONSTITUTIONAL EMERGENCY

I. INTRODUCTION

This action arises from an illegal foreclosure scheme involving a concealed trust structure that
targeted Plaintiff's home located at 16781 Huntington Road, Detroit Michigan 48219.
Wells Fargo Bank, initially represented by Trott Law PC and currently represented by Dykema
Gossett PLLC, acted in concert with state actors and private parties to deprive Plaintiff of
property without a lawful adjudication of title or valid deed delivery. Use of constructive notice,

1

trust layering, and administrative eviction without due process created a constitutional emergency and continuing civil conspiracy.

II. PARTIES

Plaintiff Doshia Marie Banks is a resident of Michigan.

Defendant Dykema Gossett PLLC is a Corporation under State of Michigan with its agents Laura Baucus and Joseph H, Hickey located at 39577 Woodwrd Avenue, Suite 300, Bloomfield Hills Michigan 48304. It claims a mortgage interest without producing a lawful assignment or proof of standing.

Defendants Demetria Brue and Lawanda Crosby are private individuals who facilitate the foreclosure seizures within the 36th District Court located at 421 Madison Ave., Detroit, MI 48226.

Defendant Harold Jackson Jr., a private individual who resides in the subject property located at 16781 Huntington Rd., Detroit, Mi 48219 and sought to obtain the subject property through legal ease without consent.

Defendant 36TH District Court, located at 421 Madison Ave, Detroit Michigan, is an alleged conducts the alleged unlawful seizure/evictions with the assistance of Defendant Brue and under the statutory rules and procedures with Defendants Lawanda Cosby.

Defendant the City Of Detroit located at 2 Woodward Avenue, CAYMC, Detroit, Michigan 48226 enabled the scheme through nonjudicial processes that deprived Plaintiff of constitutional protections.

John Does 1–10 are unknown agents who acted in furtherance of the fraud.

2

## III. JURISDICTION AND VENUE

Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343 and 42 U.S.C. § 1983.
Venue is proper under 28 U.S.C. § 1391 because the property and acts at issue are within this District.

## IV. FACTUAL BACKGROUND

Plaintiff held legal and equitable title to 16781 Huntington Rd, Michigan 48219. It has been made known that Wells Fargo Bank N.A. Indenture trustee for IMPAC CMB Trust Series 2005-3 through Trott Law, P.C., initiated foreclosure without a lawful assignment or chain of title. No court adjudicated Plaintiff's ownership before the sale.

Defendants concealed material documents including the pooling and servicing agreement, true parties in interest, and servicing rights.
A deed transfer was executed using constructive notice instead of actual delivery, contrary to Michigan property law.

Defendants, excluding Defendant Harold Jackson but also including THE STATE OF MICHIGAN, relied on administrative eviction processes instead of a judicial title hearing. Defendants used a shell structure to obscure accountability and to wrongfully seize property.

## V. CLAIMS FOR RELIEF

Count I: Fraudulent Concealment

Defendants concealed the absence of a valid assignment and deed delivery, hid trust agreements and true parties in interest, and prevented timely assertion of Plaintiff's rights.

Count II: Violation of Due Process under 42 U.S.C. § 1983; and The misconduct constitutes a **pattern of racketeering activity** under **18 U.S.C. §§ 1961-1964,** including mail fraud, wire fraud, extortion, obstruction of justice, and conspiracy.

3

Acting under color of state law, Defendants enforced foreclosure without proving ownership, used administrative seizure procedures, and interfered with Plaintiff's property and liberty interests.

Count III: Quiet Title and Declaratory Relief

Plaintiff seeks declarations that Defendants have no lawful claim to title, that deed filings and assignments recorded by Defendants are void, that all identified defective deeds are set aside, and that the deed must be delivered to Plaintiff as required by state law.

Count IV: Injunctive Relief

Plaintiff seeks a permanent injunction barring any foreclosure, sheriff sale, eviction, or use of state databases and nonjudicial processes involving 16781 Huntington Rd, Detroit, Michigan 48219.

## VI. EMERGENCY INJUNCTIVE RELIEF

Immediate relief is requested to halt all actions by Defendants and to remove Plaintiff's property from any public or private real estate system as follows: County Recorder, Land Bank, Register of Deeds, deed association databases.

## VII. DAMAGES

Plaintiff seeks compensatory damages for loss of property, emotional distress, and legal costs, punitive damages for willful conduct, restitution of full legal title, and discovery sanctions against all defendants including Dykema Gossett, P.L.L.C. and agents.

## VIII. PRAYER FOR RELIEF

Plaintiff respectfully requests:

1. Emergency injunction halting actions against the property.

4

2. Declaration that any pending or future foreclosure, sale, eviction, or related property tax enforcement on the subject property is void.

3. Order mandating delivery of the deed to Plaintiff.

4. Monetary relief of for damages, pain, suffering, costs, and fees.

5. Removal of the property from the tax roll if unlawfully listed and removal of any liens used as collateral for funding without due process.

6. Removal of the individuals or the corporation from property records where appropriate.

7. Production of records through subpoenas and interrogatories, including bank records, title chain, PSA agreement, and trustee communications.

8. Any other relief the Court deems just and proper.

## IX. STATEMENT OF CONSTITUTIONAL EMERGENCY

A constitutional emergency exists because the property title was seized through administrative mechanisms and misuse of public records without due process or equal protection.

Date: July 25, 2026

/s/D. Marie Banks
D. Marie Banks
16781 Huntington Rd
Detroit, MI 48219
decdmember@yahoo.com

5